cdeg

NOV 29 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61600

UNITED STATES OF AMERICA,

CIV-COHN

Plaintiff,

v.

MAGISTRATE JUDGE
SNOW

NINETY-THREE THOUSAND FIVE
HUNDRED FORTY-SIX DOLLARS
($93,546.00) IN UNITED STATES CURRENCY,

Defendant.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The plaintiff, the United States of America, hereby files this Verified Complaint for Forfeiture *In Rem* and in support states the following:

1.  This is a civil action for Forfeiture *In Rem* of Ninety-Three Thousand Five Hundred Forty-Six Dollars ($93,546.00) in United States Currency ("defendant currency").

2.  Venue lies in this district, pursuant to Title 28, United States Code, Section 1395 because the defendant currency is located within the Southern District of Florida and will remain so during the pendency of these proceedings.

3.  The United States of America seeks forfeiture of the defendant currency pursuant to Title 21, United States Code, Section 881 (a)(6) as moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for controlled substances in violation of the Controlled Substance Act, Title 21,



United States Code, Section 801, *et. seq.*, and/or proceeds traceable to such an exchange, and/or moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of the Controlled Substance Act, Title 21, United States Code Section 801 *et. seq.*

## FACTUAL BACKGROUND

4. On July 12, 2004, Nicole Renee Dixon ("Claimant") was stopped by Transportation Security Administration (TSA) screeners at the Fort Lauderdale International Airport in Fort Lauderdale, Broward County, Florida for secondary inspection after she proceeded through one of the airport's security checkpoints.

5. During the Claimant's secondary inspection, an alarm sounded as a TSA screener's wand passed over the Claimant, and she was thereafter subjected to a pat-down of her person.

6. As the TSA screener was conducting a pat-down of the Claimant, it was revealed that a hard object was within the area of the Claimant's skirt.

7. When the Claimant was questioned regarding the hard object, the Claimant claimed that she was seven (7) months pregnant and that she was wearing a support brace.

8. The Claimant was subsequently escorted into an enclosed area to be searched and upon removal of the Claimant's skirt, the TSA screeners observed that the Claimant was wearing spandex garments underneath her skirt with bulges protruding from within the spandex garments.

9. When the Claimant was questioned regarding the bulges in the spandex garments, she told the TSA screener(s) that she was in possession of Sixty Thousand Dollars

($60,000.00) in United States Currency

10. Although the Claimant was initially evasive in answering questions regarding the currency, she eventually admitted that she was in possession of Ninety-Four Thousand Dollars ($94,000.00) in United States Currency.

11. The Claimant was thereafter escorted to the Interdiction Task Force ("ITF") office for further questioning.

12. While at the ITF office, law enforcement officials noticed that the currency in the possession of the Claimant was wrapped in a manner consistent with the packaging of narcotics proceeds and that the money had a strong order of marijuana emanating from it.

13. A narcotics detecting canine examined the currency found in the Claimant's possession and alerted positively to the presence of an odor of a controlled substance emanating from the currency.

14. The total amount of currency found in the possession of the Claimant was Ninety-Three Thousand Five Hundred Forty-Six Dollars ($93,546.00) in United States Currency.

15. The currency was thereafter seized for forfeiture by the United States Drug Enforcement Administration ("DEA").

16. After the seizure of the funds, the DEA commenced administrative forfeiture proceedings against the currency, and the claimant, Nicole Renee Dixon, filed a claim, necessitating the filing of this judicial forfeiture action.

17. Pursuant to Title 21, United States Code, Section 881 (a)(6), all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for controlled substances in violation of the Controlled Substance Act, Title 21, United States Code, Section 801, *et. seq.*, and/or all proceeds traceable to such an exchange, and/or all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of the Controlled Substance Act, Title 21, United States Code Section 801 *et. seq.* are forfeitable to the United States of America.

18. The defendant currency constitutes moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for controlled substances in violation of the Controlled Substance Act, Title 21, United States Code, Section 801, *et. seq.*, and/or proceeds traceable to such an exchange, and/or moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of the Controlled Substance Act, Title 21, United States Code Section 801 *et. seq.* and as such is forfeitable to the United States of America.

**WHEREFORE,** the United States of America requests that the Court issue a warrant and summons for the arrest and seizure of the defendant currency; that notice of this action be given to all persons known to have an interest in or right against the defendant currency; that the defendant currency be condemned as forfeited to the United States of America; and that the Plaintiff have such

other and further relief as the Court may deem just and proper, together with the costs and disbursements of this action.

Dated: November 27th, 2004

                Respectfully submitted,

                MARCOS DANIEL JIMENEZ
                UNITED STATES ATTORNEY

BY: _____
                CAROL E. A. DEGRAFFENREIDT
                ASSISTANT UNITED STATES ATTORNEY
                FLORIDA BAR NO. 0642101
                500 East Broward Boulevard, Suite 700
                Fort Lauderdale, Florida  33394
                Tel: (954) 660-5726
                Fax:(954) 356-7180
                E-mail:  Carol.DeGraffenreidt@usdoj.gov

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that I, Thomas J. Redpath, Special Agent of the United States Drug Enforcement Administration, have read the foregoing Verified Complaint for Forfeiture *In Rem* and state that the contents are true to the best of my knowledge and belief.

THOMAS J. REDPATH
SPECIAL AGENT
UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61600

CIV-COHN

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

vs.

NINETY-THREE THOUSAND FIVE
HUNDRED FORTY-SIX DOLLARS
($93,546.00) IN UNITED STATES CURRENCY
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____ Yes __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

3. Did this case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY _____
CAROL E. A. DEGRAFFENREIDT
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0642101
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel:   (954) 660-5726
Fax:   (954) 356-7180
Carol.Degraffenreidt-Willis@usdoj.gov

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$93,546.00 In United States Currency

**MAGISTRATE JUDGE SNOW**

### (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**04-61600**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

FILED by
NOV 29 2004

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Carol DeGraffenreidt
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394

**CIV-COHN**

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

1. U.S Government Plaintiff
2. U.S Government Defendant
3. Federal Question (U.S. Government Not a Party)
4. Diversity (Indicate Citizenship of Parties in Item III)

04 CV 616 @ Cohn-Snow

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

1. Original Proceeding
2. Removed from State Court
3. Remanded from Appellate Court
4. Reinstated or Reopened
5. Transferred from another district (specify)
6. Multidistrict Litigation
7. Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | B 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | B 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | B 630 Liquor Laws | A PROPERTY RIGHTS | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | B 640 R.R & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine / PERSONAL PROPERTY | B 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | B 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | B 690 Other |  | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability |  | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS / PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting / B 510 Motions to Vacate Sentence |  | 864 SSID Title XVI | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment / HABEAS CORPUS: | 740 Railway Labor Act | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / B 530 General |  | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare / A 535 Death Penalty | 790 Other Labor Litigation | A 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights / B 540 Mandamus & Other | A 791 Empl. Ret. Inc. Security Act | A 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 290 All Other Real Property |  B 550 Civil Rights / B 555 Prison Condition |  |  | A OR B |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
Title 21 USC § 881 Drug related Forfeiture

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: YES  NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #       AMOUNT Gov't       APPLYING IFP       JUDGE       MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc.